IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:07cv228

| | |
|---|---|
| LINDA KAY LAUGHTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| AETNA LIFE INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Certification of ADR Session [Doc. 21] filed by mediator Frederick S. Barbour. Mr. Barbour advises the Court that this case has been completely settled.

Based upon the mediator's representations, **IT IS, THEREFORE, ORDERED** that the parties shall file a stipulation of dismissal on or before **July 28, 2008**.

Signed: June 26, 2008

Martin Reidinger
United States District Judge